Richard M. Rutledge, M. D., Plaintiff-Appellant, v. William Sylvester White, Individually and as Director of the Department of Registration and Education of the State of Illinois, and Doctors Philip Thompson, Kenneth Schnepp, B. E. Montgomery, John B. Fowler, Jr. and William Johnson, Constituting the Medical Committee of the Department of Registration and Education of the State of Illinois, Defendants-Appellees.

Gen. No. 48,596. 

First District, First Division.

November 20, 1961.

Morris A. Haft, of Chicago, for appellant; William G. Clark, Attorney General of the State of Illinois (William C. Wines, Aubrey Kaplan, Raymond S. Sarnow and A. Zola Groves, Assistant Attorneys General, of counsel), for appellees. Opinion by MR. JUSTICE BURMAN. Not to be published in full.